Jeffery Bulk Service Station, Inc., Appellee, v.
George P. Goetzinger et al.
Appeal of John Goetzinger, Appellant.

Gen. No. 40,838.

Heard in second division, first district,
at October term, 1939; opinion filed February 23, 1940. Schnackenberg,
Hansen & Towle, for appellant; Elmer J. Schnackenberg, of counsel;
Frederick A. Smith, for appellee. Opinion by PRESIDING JUSTICE JOHN
J. SULLIVAN. "Not to be published in full."